**Electronically Filed**
**Supreme Court**
**SCWC-11-0000618**
**10-JAN-2012**
**08:55 AM**

NO. SCWC-11-0000618

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

DONNA C. EDWARDS, Respondent/Plaintiff-Appellee,

vs.

GLENN K. MIZUKAMI, Petitioner/Defendant-Appellant,

and

AMERIQUEST MORTGAGE CO., et al., Defendants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000618; CIV. NO. 10-1-2441)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, and Duffy, JJ.,
Circuit Judge Border, in place of Recktenwald, C.J., recused,
and Circuit Judge Garibaldi, in place of McKenna, J., recused)

Petitioner/defendant-appellant Glenn K. Mizukami's

application for writ of certiorari, filed on December 8, 2011, is

hereby rejected.

DATED: Honolulu, Hawai'i, January 10, 2012.

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Patrick W. Border

/s/ Colette Y. Garibaldi

